# Exhibit F



UNITED STATES MISSION TO THE UNITED NATIONS

799 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017-3505

January 8, 2014

Mrs. Devyani Uttam Khobragade
Counselor
Permanent Mission of India
 to the United Nations

Dear Mrs. Khobragade:

As of 5:47 pm today, you have been recorded as a Counselor at the Permanent Mission of India to the United Nations. As a Counselor, you are entitled in the territory of the United States to the privileges and immunities of a diplomatic envoy under the terms of Section 15 of the Headquarters Agreement between the United States and the United Nations.

Members of your family who are regularly resident with you, provided they are not citizens of or Permanent Resident Aliens in the United States, also enjoy immunity from the criminal jurisdiction of the United States and immunity from civil and administrative jurisdiction consistent with the Vienna Convention on Diplomatic Relations. The term "family" for the purpose of privileges and immunities is defined in circular Note to Missions dated November 13, 2002.

Sincerely,

Eileen P. Merritt
Minister Counselor (Acting)
Host Country Affairs