# Exhibit G

UNITED STATES MISSION TO THE UNITED NATIONS
NEW YORK

January 9, 2014

HC-02-14

The United States Mission to the United Nations presents it compliments to the Permanent Mission of India to the United Nations and has the honour to refer to the latter's Note Verbale No. NY/PM/661/12/2013 dated January 9, 2014.

The United States Mission has received the Permanent Mission's note of January 9th declining to waive the immunity of Dr. Khobragade, and accordingly this Mission requests her immediate departure from the United States. In accordance with the policy of the host country in these matters, her name will be placed in the Visa and Immigration lookout systems to prevent routine issuance of a visa to her in the future. Upon her departure a warrant may be issued for her arrest and should she seek to enter the United State she could be arrested. Dr. Khobragade may not be permitted to return to the United States except to submit to the jurisdiction of the Court that has jurisdiction over this matter.

The United States Mission to the United Nations avails itself of this opportunity to renew to the Permanent Mission of India to the United Nations the assurances of its highest consideration.

DIPLOMATIC NOTE