Exhibit H

UNITED STATES MISSION TO THE UNITED NATIONS
NEW YORK

January 8, 2014

HC-01-14

The United States Mission to the United Nations presents its compliments to the Permanent Mission of India to the United Nations and informs the latter of allegations of criminal acts on the part of Counselor Devyani Khobragade.

The United States Mission has received a copy of a Complaint filed with the United States District Court for the Southern District of New York on December 11, 2013, which alleges that Counselor Khobragade caused to be submitted to the U.S. Department of State an employment contract that Counselor Khobragade knew to contain materially false and fraudulent statements in support of a visa application filed by Counselor Khobragade for Ms. Sangeeta Richard and caused Ms. Richard to make statements Counselor Khobragade knew to be false, fictitious, and fraudulent to an employee of the United States Embassy in New Delhi, India, in support of the same visa application.

The United States Attorney's Office for the Southern District of New York has informed the United States Mission that, but for diplomatic immunity, it would pursue prosecution in this matter on felony charges of visa fraud, which carries a maximum penalty of 10 years in prison, and making false statements, which carries a maximum penalty of 5 years in prison. The United States Mission therefore requests that the Government of India waive the immunity from

DIPLOMATIC NOTE

-2-

criminal jurisdiction of Counselor Khobragade in order that the charges may be adjudicated in accordance with the laws of the United States.

Pursuant to the policy of the host country, any federal, state, or local offense punishable by a term of imprisonment of more than one year is considered serious. Therefore, if the Government of India chooses not to waive immunity, the United States Mission will request that Counselor Khobragade depart the United States. Counselor Khobragade may not be permitted to return to the United States except to submit to the jurisdiction of the Court with jurisdiction over the incident. In accordance with the policy of the host country in these matters, her name would be placed in the Visa and Immigration lookout systems to prevent the routine issuance of a visa in the future, and upon her departure a warrant may be issued for her arrest.

The United States Mission to the United Nations avails itself of this opportunity to renew to the Permanent Mission of India to the United Nations the assurances of its highest consideration.

