UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

DEVYANI KHOBRAGADE,

------------------------------------------------X

14 Cr. 008 (SAS)

DECLARATION
OF
KAL RAUSTIALA

1. I, Kal Raustiala, am a Professor at the UCLA Law School and UCLA International Institute. I am also the Associate Vice Provost for International Studies at UCLA and the Director of the Ronald W. Burkle Center on International Relations. I have been on the faculty of UCLA since 2000, and teach courses on international law, international relations, and international organization.

2. Since joining the UCLA faculty, I have held a number of visiting professor positions. In 2002-2003, I was a visiting Professor at Princeton University's Department of Politics and Fellow in the Princeton Program on Law & Public Affairs. In 2003, I was a visiting Professor at the University of Chicago Law School. In 2004, I was the Samuel Rubin Visiting Professor of Law at Columbia Law School. In 2005 I was Visiting Professor and John Harvey Gregory Lecturer on World Organization at Harvard Law School. In 2008, I was Bemis Visiting Professor at Harvard Law School. I currently serve on the Board of Editors of the American Journal of International Law and on the Executive Council of the American Society of International Law. My other relevant experience, publications, and education is listed on my CV, which is attached to this declaration.

1

3. I have been asked by the law firm of Arshack, Hajek & Lehrman, PLLC, on behalf of the Defendant, Devyani Khobragade, to review the diplomatic status of Devyani Khobragade on January 9, 2014.

4. I make this Declaration based on my personal knowledge, my training in the field of international law, international relations and international organizations, my review of the official records of the Department of State attached to the moving and responsive papers filed in this matter and my understanding of the applicable treaties and laws.

5. On January 8, 2014, Eileen P. Merritt, Acting Minister Counselor for Host Country Affairs at the United States Mission to the United Nations, sent a letter to Ms. Khobragade. The letter contained the following language: "As of 5:47 pm today, you have been recorded as a Counselor at the Permanent Mission of India to the United Nations. As a Counselor, you are entitled in the territory of the United States to the privileges and immunities of a diplomatic envoy under the terms of Section 15 of the Headquarters Agreement between the United States and the United Nations." This letter is attached as Exhibit 2 to Devyani Khobragade's Motion to Dismiss and as Exhibit F to the US Government's Memorandum in Opposition to the Motion to Dismiss.

6. The "Headquarters Agreement" invoked in Ms. Merritt's letter governs the relationship between the United Nations and the United States with regard to the area between First Avenue and the FDR Drive and between 42nd and 48th streets, where the chief United Nations buildings are located, as well as the representatives and missions to the United Nations sent to New York City by member states of the organization. The function of the Headquarters Agreement, signed on June 26, 1947, is to ensure that there is clarity about

the rights and responsibilities of the United States as host to the United Nations and about the rights and responsibilities of the United Nations and its member state missions.

7. Section 15 of the Headquarters Agreement, which Ms. Merritt's letter cites, states that "principal resident representatives" of United Nations member states and "such resident members of their staffs as may be agreed upon between the Secretary-General [of the United Nations], the Government of the United States, the Government of the Member concerned... shall whether residing inside or outside the headquarters district, be entitled in the territory of the United States to the same privileges and immunities, subject to corresponding conditions and obligations, as it accord to diplomatic enjoys accredited to it."

8. In essence, this provision of the Headquarters Agreement declares that the agreed-upon top-level personnel of a member state mission to the UN enjoy the same status as a traditional diplomat. That status and its meaning is detailed in the Vienna Convention on Diplomatic Relations, (VCDR), which entered into force on April 24 1964 and to which the United States is a party. Under the VCDR diplomats enjoy a number of important privileges and immunities. These exist not for the benefit of individual diplomats, but to ensure that diplomats and the states they represent can engage in diplomacy effectively and without improper interference. These privileges and immunities include reasonable freedom of movement and travel within the territory of the receiving (host) state (Article 26), freedom from arrest or detention (Article 29), inviolability of his or her private residence from search and entry by agents of the receiving state (Article 30), and immunity from the criminal jurisdiction of the receiving state (Article 31).

9. Section 15 of the Headquarters Agreement refers to these immunities, long present in international law and codified and refined in the Vienna Convention on Diplomatic

Relations, when it speaks of principal resident representatives to the United Nations and duly agreed upon resident members of their staffs being accorded "the same privileges and immunities" as diplomatic envoys.

10. The January 8, 2014 letter from Ms. Merritt to Ms. Khobragade establishes that the United States acknowledged her role as a Counselor at the Permanent Mission of India as of 5:47 PM on January 8 2014. From that point, until her departure from the United States on January 9, 2014, she enjoyed all the diplomatic immunities and privileges described in paragraph 8 of this declaration.

11. Therefore, pursuant to Article 31 of the VCDR, from 5:47 PM on January 8, 2014 to approximately 8:30 PM on January 9, 2014, Ms. Khobragade was immune from the criminal jurisdiction of the United States.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted,

_____              _____
Kal Raustiala                                          Date

February 5, 2014

4

# KAL RAUSTIALA

UCLA Law School
405 Hilgard Ave.
Los Angeles, CA 90095
310 794 4856
raustiala@law.ucla.edu

## Academic Positions

Associate Vice Provost for International Studies, UCLA INTERNATIONAL INSTITUTE, 2012-

Bemis Visiting Professor of International Law, HARVARD LAW SCHOOL, 2008

Director, RONALD W. BURKLE CENTER FOR INTERNATIONAL RELATIONS, UCLA, 2007-

Visiting Professor and John Harvey Gregory Lecturer on World Organization, HARVARD LAW SCHOOL, 2005

Professor, UCLA SCHOOL OF LAW & UCLA INTERNATIONAL INSTITUTE, 2004-

Samuel Rubin Visiting Professor of Law, COLUMBIA LAW SCHOOL, 2004

Acting Professor, UCLA SCHOOL OF LAW & UCLA INSTITUTE OF THE ENVIRONMENT, 2000-2004

Visiting Professor, UNIVERSITY OF CHICAGO LAW SCHOOL, 2003

Visiting Professor, PRINCETON UNIVERSITY Dept. of Politics and Fellow, Princeton Program on Law & Public Affairs, 2002-3

Assistant Professor of Politics, BRANDEIS UNIVERSITY, 1995-6

## Education

HARVARD LAW SCHOOL, J.D., 1999

UNIVERSITY OF CALIFORNIA, SAN DIEGO, Ph.D. in Political Science, 1996

DUKE UNIVERSITY, A.B. in Political Science, 1988

## Publications

China's Piracy Paradox: Trademark, Counterfeiting, and Shanzhai Culture, in Barton Beebe and Haochen Sun, eds, *The Luxury Economy and Intellectual Property: Critical Reflections*, forthcoming, Oxford University Press (with Chris Sprigman)

Fake It Till You Make It: The Good News About China's Knockoff Economy, *FOREIGN AFFAIRS* (July/August) 2013 (with Chris Sprigman)

The Enemies of Invention, *PSYCHOLOGY TODAY*, May, 2013 (with Chris Sprigman)

Institutional Proliferation and the International Legal Order, in *INTERDISCIPLINARY PERSPECTIVES ON INTERNATIONAL LAW AND INTERNATIONAL RELATIONS: THE STATE OF THE ART*, Jeffrey Dunoff and Mark Pollack, eds (Cambridge 2012)

*THE KNOCKOFF ECONOMY: HOW IMITATION SPARKS INNOVATION* (with Christopher Sprigman), Oxford University Press (September 2012)

> Excerpted in the *Wall Street Journal*; *The Daily Beast*; NPR.org, and zocalopublicsquare.org. Reviewed in *Library Journal*; *Foreign Affairs*; *The IP Law Book Review*; *Gartner.com*; *Law Library Journal*
>
> Translated into Korean (Hanbit, 2013); Japanese (Misuzu Shobo, forthcoming); Simplified Chinese (W.E. Time Digitech, forthcoming).

NGOs in International Treatymaking, in Duncan Hollis, ed, *THE OXFORD GUIDE TO TREATIES* (Oxford University Press, 2012)

Empire & Extraterritoriality in 20th Century America, 40 *SOUTHWESTERN LAW REVIEW*, (2011)

*Al Maqaleh v. Gates*, AMERICAN JOURNAL OF INTERNATIONAL LAW 104, 4 (October, 2010)

Extraterritoriality in Comparative Perspective: Bagram and Beyond, *PROCEEDINGS OF THE AMERICAN SOCIETY OF INTERNATIONAL LAW ANNUAL MEETING*, (ASIL, 2010)

Toward a Post-Kyoto Climate Architecture: A Political Analysis (with Robert O. Keohane), in Joseph Aldy and Robert Stavins, eds, *IMPLEMENTING ARCHITECTURES FOR AGREEMENT: ADDRESSING GLOBAL CLIMATE CHANGE IN THE POST-KYOTO WORLD* (Cambridge University Press, 2009)

Toward a Post-Kyoto Climate Architecture: A Political Analysis (with Robert O. Keohane), *INTERNATIONAL UN GLOBAL COMPACT YEARBOOK* (Macondo Group, 2009)

*DOES THE CONSTITUTION FOLLOW THE FLAG? THE EVOLUTION OF TERRITORIALITY IN AMERICAN LAW* (Oxford University Press, 2009)

> Reviewed in *Foreign Affairs*; *The New Republic*; *American Journal of International Law*; *Law & Politics Book Review*; *International Organization*; *Perspectives on Politics*, *Texas Law Review*; *World Politics*, and *Law & History Review*. Recipient of the Honorable Mention for the 2011 Certificate of Merit for a Preeminent Contribution to Creative Scholarship, American Society of International Law.

2

Toward a Post-Kyoto Climate Architecture: A Political Analysis (with Robert O. Keohane), in Joseph Aldy and Robert Stavins, eds, *POST-KYOTO INTERNATIONAL CLIMATE POLICY: SUMMARY FOR POLICYMAKERS* (Cambridge University Press, 2009)

The Piracy Paradox Revisited (with Chris Sprigman), 61 *STANFORD LAW REVIEW* 1201 (2009)

Transnational Networks: Past and Present, *THE INTERNATIONAL LAWYER* (Symposium Issue), (2009)

The Uneasy Case for Intellectual Property Rights in Traditional Knowledge (with Stephen R. Munzer), 26 *CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL*, (2009)

Conflict Alimentarius: Geographic Indications in International Trade Law, (with Stephen R. Munzer), *AGRICULTURA, ISTITUAZONI, MERCATI: RIVISTA DE DIRETTO AGROALIMENTARE E DELL AMBIENTE,* (in English, 2008)

The Global Struggle Over Geographic Indications, (with Stephen R. Munzer), 18 *EUROPEAN JOURNAL OF INTERNATIONAL LAW* 337 (2007)

Comment on Marchetti, in *WTO LAW AND DEVELOPING COUNTRIES* (George Bermann and Petros Mavroidis, eds., Cambridge University Press, 2007)

How Global Should Government Be? (with Daniel Drezner, Ann Florini, and Jeremy Rabkin), *CATO UNBOUND* (Kindle Edition), June 2007

Where IP Isn't, (with Chris Sprigman), *VIRGINIA LAW REVIEW IN BRIEF*, January 2007

Density and Conflict in International Intellectual Property Law: A Comment on *Towards a Human Rights Approach to Intellectual Property*, *UC DAVIS LAW REVIEW*, 2006 (Symposium on Intellectual Property and Social Justice).

The Piracy Paradox: The Puzzling Irrelevance of Intellectual Property in Fashion Design (with Chris Sprigman), 92 *VIRGINIA LAW REVIEW* 1687 (2006)

> Reprinted in *THE LAW AND ECONOMICS OF INNOVATION* (Eli Salzberger, ed, 2012) and the *ANDEAN YEARBOOK OF INTELLECTUAL RIGHTS,* (2008)

Refining the Limits of International Law, *Symposium on Goldsmith and Posner, The Limits of International Law*, 34 *GEORGIA JOURNAL OF INTERNATIONAL & COMPARATIVE LAW* (2006)

The Evolution of Territoriality: International Relations and American Law, in *TERRITORIALITY AND CONFLICT IN AN AGE OF GLOBALIZATION* (Miles Kahler & Barbara Walter eds, 2006, Cambridge University Press)

> Excerpted in The Forum: Citizenship at Home and Abroad, *International Studies Review*, (Fall 2005)

Review of Alfred Aman, Jr., *The Democracy Deficit: Taming Globalization Through Law Reform*, *JOURNAL OF LEGAL EDUCATION* (December 2005)

Form and Substance in International Agreements, 99 *AMERICAN JOURNAL OF INTERNATIONAL LAW* (July 2005)

> Awarded the 2005 Francis Deak Prize by the Board of Editors of the American Journal of International Law

The Geography of Justice, 73 *FORDHAM LAW REVIEW* 2501 (May 2005)

The Regime Complex for Plant Genetic Resources (with David Victor), 58 *INTERNATIONAL ORGANIZATION* 277 (2004)

> *reprinted in* INTERNATIONAL LAW AND INTERNATIONAL RELATIONS: AN *INTERNATIONAL ORGANIZATION* READER (Beth Simmons and Richard Steinberg, eds, Cambridge University Press, 2007)

Rethinking the Sovereignty Debate in International Economic Institutions, *JOURNAL OF INTERNATIONAL ECONOMIC LAW* (2004)

Police Patrols and Fire Alarms in the NAFTA Environmental Side Agreement, 26 *LOYOLA LOS ANGELES INTERNATIONAL AND COMPARATIVE LAW REVIEW*, 2004 (Symposium issue on NAFTA)

Citizen Submissions and Treaty Review in the NAAEC, (John Knox and David Markell, eds., *THE NORTH AMERICAN COMMISSION ON ENVIRONMENTAL COOPERATION: AN EVALUATION*, Stanford University Press, 2003)

Precaution in the Federal Legislation of the NAFTA Parties, 10 *NORTH AMERICAN ENVIRONMENTAL LAW & POLICY* (2003)

> Translated into Italian in *AGRICULTURA, ISTITUAZONI, MERCATI: RIVISTA DE DIRETTO AGROALIMENTARE E DELL AMBIENTE,* (Sommario 2/2004)

The Architecture of International Cooperation: Transgovernmental Networks and the Future of International Law, 43 *VIRGINIA JOURNAL OF INTERNATIONAL LAW*, 1 Fall 2002;

> excerpted in *MAKING LAW WORK: ENVIRONMENTAL COMPLIANCE AND SUSTAINABLE DEVELOPMENT (DURWOOD ZAELKE, ET AL, EDS, 2005)*

Compliance, International Relations, and International Law, in *THE HANDBOOK OF INTERNATIONAL RELATIONS* (Walter Carlsnaes, Thomas Risse, and Beth Simmons, eds., 2002) (with Anne-Marie Slaughter)

*REVIEW PROCESSES IN MULTILATERAL ENVIRONMENTAL AGREEMENTS: REVIEW OF IMPLEMENTATION, COMPLIANCE, AND EFFECTIVENESS IN TEN TREATIES* (UN Environment Programme, 2002);

> excerpted in *MAKING LAW WORK: ENVIRONMENTAL COMPLIANCE AND SUSTAINABLE DEVELOPMENT (DURWOOD ZAELKE, ET AL, EDS, 2005)*

4

Remote-Sensing and Multilateral Environmental Agreements, *ENVIRONMENT* (January-February 2002) (with Alex de Sherbinin and Karen Kline).

Non-State Actors and Climate Change, in *INTERNATIONAL RELATIONS AND THE CLIMATE CHANGE REGIME* (Detlef Sprinz and Urs Luterbacher, eds., 2001, MIT Press)

Sovereignty and Multilateralism, *in* Symposium: Trends in Global Governance: Do They Threaten American Sovereignty? 2 *CHICAGO JOURNAL OF INTERNATIONAL LAW* (Fall 2000)

Compliance & Effectiveness in International Regulatory Cooperation *in* Symposium: Compliance with International Intellectual Property Treaties, 32 *CASE WESTERN RESERVE JOURNAL OF INTERNATIONAL LAW* (Summer 2000);

> excerpted in *MAKING LAW WORK: ENVIRONMENTAL COMPLIANCE AND SUSTAINABLE DEVELOPMENT (DURWOOD ZAELKE, ET AL, EDS, 2005)*

GLOBAL ENVIRONMENTAL OUTLOOK 2000 (UN Environment Programme) (contributor to treaty section)

Review of Oran Young, *Global Governance and World Affairs*, 94 *AMERICAN JOURNAL OF INTERNATIONAL LAW* 816 (Oct. 2000)

Law, Liberalization, and International Narcotics Trafficking, 32 *NEW YORK UNIVERSITY JOURNAL OF INTERNATIONAL LAW & POLITICS,* 1 (Fall 1999)

*THE IMPLEMENTATION AND EFFECTIVENESS OF INTERNATIONAL ENVIRONMENTAL COMMITMENTS: THEORY AND PRACTICE* (David G. Victor, Kal Raustiala, and Eugene Skolnikoff, eds., 1998, MIT Press)

Introduction and Overview, (with David G. Victor and Eugene Skolnikoff)

Conclusions, (with David G. Victor)

Institutional Frameworks for Political Action, in *HUMAN CHOICE AND CLIMATE CHANGE: VOLUME I: THE SOCIETAL FRAMEWORK* (Steve Rayner and Elizabeth Malone, eds., 1998), (with Timothy O'Riordan, et al)

The "Participatory Revolution" in International Environmental Law, 21 *HARVARD ENVIRONMENTAL LAW REVIEW* 537 (1997)

Domestic Institutions and International Regulatory Cooperation: Comparative Responses to the Global Biodiversity Regime 49 *WORLD POLITICS* 482 (1997)

> Reprinted in Ronald Mitchell, ed, *International Environmental Politics* (Sage, 2009)

The Domestic Politics of Biodiversity Protection in the US and UK, in *THE INTERNATIONALIZATION OF ENVIRONMENTAL PROTECTION* (Elizabeth Economy and Miranda Schreurs, eds., 1997)

States, NGOs, and International Environmental Institutions, 41 *INTERNATIONAL STUDIES QUARTERLY* 719 (1997)

Democracy, Sovereignty, and the Slow Pace of International Negotiations, 8 *INTERNATIONAL ENVIRONMENTAL AFFAIRS* 3 (1996)

International "Enforcement of Enforcement" Under the North American Agreement on Environmental Cooperation, 36 *VIRGINIA JOURNAL OF INTERNATIONAL LAW* 721 (1996)

Biodiversity Since Rio: The Future of the Convention on Biological Diversity, *ENVIRONMENT* (May 1996), (with David G. Victor)

The Political Implications of the Enforcement Provisions of the NAFTA Environmental Side Agreement, 25 *ENVIRONMENTAL LAW* 31 (1995);

> excerpted in *FOLSOM, GORDON, AND LOPEZ, NAFTA: A PROBLEM-ORIENTED COURSEBOOK* (2000)

The Domestication of International Commitments: Domestic Law and International Treaties, IIASA WORKING PAPER 95-2 (1995)


**Op-Eds & Commentary**


Regular contributor to **Freakonomics.com**

"Whose Tattoo Is It Anyway?" Los Angeles Times, Oct 6, 2013

"The Imperial Cocktail: How the gin and tonic became the British Empire's secret weapon," Slate, August 28, 2013

"How Can You Tell a Patent Troll When You See One? You Can't," Time.com, July 8, 2013

"Could Drones Land in Peoria?" The Daily Beast, February 17, 2013

"Are We Really Pulling Out of Afghanistan?" Huffington Post, February 7, 2013

"The New Pathway of Journalism, Thanks to Google," Huffington Post, November 27, 2012

"Can Restoration Hardware Legally Knock Off the Navy Chair?," Slate, November 26, 2012 (with Christopher Sprigman).

"Copiez-vous les uns les autres!" Courrier International, September 12, 2012 (with Christopher Sprigman).

"What Apple and Red Shoes Have in Common: Using Broad Design to Block Competition," Wired.com, Sept 10, 2012 (with Christopher Sprigman).

"Why Ripoffs Aren't All Bad," <u>The Daily Beast</u>, Sept 7, 2012 (with Christopher Sprigman).

"Could You Copyright the West Coast Offense?" <u>Los Angeles Daily Journal</u>, Sept 6 2012 (with Christopher Sprigman).

"Could You Copyright the West Coast Offense?" <u>San Francisco Daily Journal</u>, Sept 6, 2012 (with Christopher Sprigman).

"Apple vs. Samsung: Is Copying Theft or Innovation?" <u>Los Angeles Times</u>, Sept 4, 2012, *chosen as a best business column by <u>The Week</u>, Sept 21, 2012*(with Christopher Sprigman).

"In Praise of Copycats," <u>Wall Street Journal</u>, August 11, 2012 (with Christopher Sprigman).

"Another Guantanamo Taint," <u>Los Angeles Times</u>, January 18, 2012

"In the Land of Blood and Honey: Bosnia, 20 Years Later," <u>Huffington Post</u>, December 22, 2011

"It's Undiplomatic: The U.S.-Pakistan spat over Raymond Davis, an American accused of killing two men in Lahore, reveals the arcane world of diplomatic immunity," <u>Los Angeles Times</u>, March 3, 2011

"Why Imitation is the Sincerest Form of Fashion," <u>New York Times</u>, August 13, 2010 (with Christopher Sprigman).

<u>The New York Times</u> Freakonomics Blog, occasional guest posts, 2010-2011

"A Troubling State," <u>Los Angeles Times</u>, Sunday Opinion, April 11, 2010 (with Lara Stemple)

"Red Carpet Copycats," The <u>Huffington Post</u>, March 4, 2010

"Power in the Post American World," The <u>Huffington Post</u>, Sept 12, 2009

"Is Bagram the New Guantanamo? Habeas and *Maqaleh v. Gates*," <u>ASIL Insights</u>, June 18, 2009

"The New Guantanamo," The <u>Huffington Post</u>, May 22, 2009

"Iraq Withdrawal--Not So Fast," <u>The Los Angeles Times</u>, January 3, 2009

"How Copyright Law Could Kill the Fashion Industry," <u>The New Republic Online</u>, www.tnr.com, August 14, 2007 (with Christopher Sprigman)

    Translated into Spanish in <u>La Gaceta de Los Negocios</u> (Spain), September 17, 2007

"Why Terrorists Aren't Soldiers," <u>New York Times</u>, August 8, 2007 (with Gen. Wesley K. Clark)

"Governance and Government in a Globalized World," <u>Cato Unbound</u>, http://www.catounbound.org/, June 13 2006

7

"A Bill of Rights Without Borders," <u>Los Angeles Times</u>, June 9, 2007

"George W. Bush, Multilateralist" <u>The New Republic Online</u>, www.tnr.com, March 22, 2007

"The Boundaries of the Bill of Rights," <u>Los Angeles Times</u>, Dec 15, 2005.

"A Viewer's Guide to the Saddam Trial: Part II" <u>The New Republic Online</u>, www.tnr.com, December 14, 2005

"A Viewer's Guide to the Saddam Trial: Part I" <u>The New Republic Online</u>, www.tnr.com, December 5, 2005

"The New Bipartisanship," <u>The New Republic Online</u>, www.tnr.com, July 7, 2005

"Church and State," <u>The New Republic Online</u>, www.tnr.com, April 28 2005

"Fashion Victims," <u>The New Republic Online</u>, www.tnr.com, March 15 2005.

"Restoring Iraqi Sovereignty," <u>www.findlaw.com</u>, June 23, 2004.

"Ruling Hits California Like a Truck," <u>Los Angeles Times</u>, June 16, 2004 (with Jody Freeman)

"US May Not Be Imperial, But it Does Have An Empire," <u>International Herald Tribune</u>, July 2, 2003.

"Does the Constitution Follow the Flag?: Iraq, the War on Terror, and the Reach of the Law" <u>www.findlaw.com</u>., April 9, 2003; reprinted on <u>www.cnn.com's</u> *Law Center* April 15, 2003 and in *UCLA Law Magazine*, Winter 2004.

"Eat, Drink and Be Wary: Why the US Should Oppose Extending Stringent Intellectual Property Rights on Wine and Spirit Names to Other Products, <u>www.findlaw.com</u> , Dec. 12, 2002 (with Christopher Sprigman)

"Turning Our Backs on the World?" <u>San Diego Union-Tribune</u>, August 26, 2002

"Free Trade Fuels Illicit Drug Flow" <u>LA Daily Journal</u>, March 14, 2001

"Dream Trek (Dreamwerks Production Group can Sue the Studio Dreamworks)", <u>LA Daily Journal</u>, June 29, 1998


**Media Appearances & Interviews:**

NPR: Talk of the Nation; Morning Edition; All Things Considered
CNBC
Planet Money
Marketplace
The Lang & O'Leary Exchange, CBC-TV, Canada
Chosun TV, Korea

Reason TV
HuffPost Live
This Week in Law
KCRW Good Food
Various local radio

**Fellowships & Awards**

AMERICAN SOCIETY OF INTERNATIONAL LAW, Certificate of Merit for Creative Scholarship (Honorable Mention), for *DOES THE CONSTITUTION FOLLOW THE FLAG?* 2011

AMERICAN SOCIETY OF INTERNATIONAL LAW, Francis Deak Prize, for *FORM AND SUBSTANCE IN INTERNATIONAL AGREEMENTS*, 2005

PRINCETON UNIVERSITY, Fellow in the Law and Public Affairs Program, 2002-3

INTERNATIONAL INSTITUTE FOR APPLIED SYSTEMS ANALYSIS, Aurelio Peccei Scholar, 1995

THE BROOKINGS INSTITUTION, Brookings Research Fellow, Foreign Policy Studies Program, 1994-1995

UNIVERSITY OF CALIFORNIA INSTITUTE ON GLOBAL CONFLICT AND COOPERATION (IGCC) Dissertation Fellow 1993-1995

**Professional Memberships & Activities**

Council on Foreign Relations, Life Member

American Society of International Law

Pacific Council on International Policy

Executive Council, American Society of International Law

Co-Chair, 2013 American Society of International Law Annual Meeting

Co-Chair, 2011 American Society of International Law Research Forum

Board of Editors, AMERICAN JOURNAL OF INTERNATIONAL LAW

Editorial Board, INTERNATIONAL ORGANIZATION

Advisory Board, JOURNAL OF ENVIRONMENT & DEVELOPMENT

Advisory Board, SSRN International Institutions Journal

Peer reviewer for NATIONAL SCIENCE FOUNDATION; OXFORD UNIVERSITY PRESS; CAMBRIDGE UNIVERSITY PRESS; PRINCETON UNIVERSITY PRESS; YALE UNIVERSITY PRESS; KLUWER LAW INTERNATIONAL PRESS; JOURNAL OF LEGAL STUDIES; INTERNATIONAL ORGANIZATION; WORLD POLITICS; EUROPEAN JOURNAL OF INTERNATIONAL RELATIONS; INTERNATIONAL STUDIES QUARTERLY; NORDIC JOURNAL OF INTERNATIONAL LAW; REVIEW OF INTERNATIONAL POLITICAL ECONOMY; GLOBAL ENVIRONMENTAL POLITICS; JOURNAL OF ENVIRONMENT & DEVELOPMENT; THE GRAEMEYER AWARD

Advisory board, Council on Foreign Relations Special Report on 2010 International Criminal Court Review Conference

Advisory board, Council on Foreign Relations Special Report on International Justice and Accountability

**Doctoral Committees**

Yang Liu, UCLA Law School SJD Program

Etienne Poliquin, UCLA Political Science

James Paradise, UCLA Political Science

Kuyoun Chung, UCLA Political Science

Heather M. Smith, UCSD Political Science

**Presentations & Lectures (last ten years)**

"The Knockoff Economy," South By Southwest, Austin, TX, March 11, 2013

"Institutional Proliferation and the International Legal Order," UC Berkeley Law School International Law Colloquium, Berkeley, CA Jan 25, 2013

"The Knockoff Economy Roundtable," Univ. of Notre Dame Law School, South Bend, IN, Jan 18, 2013

"The Knockoff Economy," Los Angeles Copyright Society, Beverly Hills, CA, Nov 14, 2012

"The Knockoff Economy," Google LA, Venice, CA, Oct 29, 2012

"The Knockoff Economy," TEDx Orange Coast, Segerstrom Center for the Arts, Costa Mesa, CA, Oct 10, 2012

"Does Imitation Breed Innovation?" Institute for Advanced Studies, Fudan University, Shanghai, China, Oct 9, 2012

"Cultures of Copying," Inaugural Workshop of the Joint UCLA-Fudan Center on Comparative Studies of Social Life, Fudan University, Shanghai, China, Oct 8, 2012

"Does Imitation Breed Innovation?" Zocalo Public Square, Los Angeles, CA, Sept 10, 2012

"Does Copying Build Brands? The Advertising Effect vs. the Substitution Effect in Luxury Markets," Conference on Charting the New Frontiers of IP Protection of Luxury Goods, University of Hong Kong, June 15 and 16, 2012.

Discussant, "Power, Principles, and International Law", International Studies Association, San Diego, CA, April 2, 2012

"Fashion Design Protection," ABA Intellectual Property Section Annual Conference, Arlington, VA, March 29, 2012

"The Knockoff Economy," Washington University School of Law, St Louis, MO, Oct 6, 2011

"Density and Fragmentation in International Institutions" American Political Science Association Annual Meeting, Seattle, WA Sept 4, 2011

"Harmony and Dissonance in Extraterritorial Regulations," ASIL Annual Meeting, Washington, DC, March 25, 2011

"The Piracy Paradox", USC Center on Law, Economics, and Organization, LA, CA Jan. 24, 2011

"The American Reinvention of Empire," European-American Sheriffs Advisory Committee, LA County Sheriff's Headquarters, Dec 6, 2010.

"Empire & Extraterritoriality," Southwestern School of Law, LA, CA, Nov 12, 2010

"The Piracy Paradox," Columbia Law School, Public Law Colloquium, NY, NY, Oct 22, 2010

"Information and International Agreements," NYU Law School, Hauser Colloquium, NY, NY, Oct 20, 2010

"Regime Options for Cyber Threats," Workshop on Cyber Threats, Lawrence Livermore National Lab, Livermore, CA, Oct 8 2010

"The Piracy Paradox," Michigan Law School Law and Economics Colloquium, Ann Arbor, MI, Sept 22, 2010

"The New Opium Wars: Counternarcotics and Afghanistan," 4-Star Democratic Club, Los Angeles, CA, June 22, 2010

"Does the Constitution Follow the Flag?," Skirball Cultural Center, Los Angeles, May 20, 2010

"Extraterritoriality: Bagram and Beyond," American Society of International Law Annual Meeting, Washington, DC, March 25 2010

"Is Bagram the New Guantanamo? Obama, Bush, and the War on Terror," Duke Law School, Durham, NC, March 24, 2010.

Participant, "Workshop on Human Rights Indicators," ASU Law School, Tempe, AZ, Jan. 8, 2010.

"Is Bagram the New Guantanamo? Law and the Courts After 9/11," Santa Monica College, Santa Monica, CA, Nov. 19, 2009

"Knockoffs and Fashion Victims: Why We Don't Need the Design Piracy Prohibition Act," Fox Studios Legal Group, Los Angeles, CA, Nov. 3, 2009.

"Knockoffs and Fashion Victims: Why We Don't Need the Design Piracy Prohibition Act," Los Angeles Copyright Society, Beverly Hills, CA, Oct 14, 2009

Discussant, 2009 Roundtable on *Does the Constitution Follow the Flag? The Evolution of Territoriality in American Law*, Temple University Law School, Oct 2, 2009

Panelist, Roundtable on International Law and Domestic Politics, American Political Science Association Annual Convention, Toronto, CA, Sept 4, 2009

"Does the Constitution Follow the Flag?", UCLA, August 26, 2009

"Toward a Post-Kyoto Climate Architecture," UCLA Institute of the Environment Colloquium, Dec 4, 2008

"Toward a Post-Kyoto Climate Architecture," RIGS Colloquium, UC Irvine, Irvine, CA, Nov. 21, 2008

"Transnational Networks: Past and Present," Conference on Transnational Networks, SMU Law School, Dallas TX, Nov 7, 2008

"Toward a Post-Kyoto Climate Architecture," Hauser Globalization Colloquium, NYU Law School, NY NY, Nov 5, 2008

"Asia and International Institutions," US-Japan Leadership Network Program, Tokyo, Japan, Oct 9, 2008

"Toward a Post-Kyoto Climate Architecture," UC Berkeley Law School, Berkeley, CA, Sept. 11, 2008

Panelist at "The Next World: How Should America Respond to Rising Powers?," organized by Center for American Progress, Stanley Foundation, and New America Foundation, Santa Monica, CA, Sept 5 2008

"The Knockoff Economy," (interview by James Suroweicki), The *New Yorker* Conference: Stories from the Near Future, New York, NY, May 9, 2008

"The Global Struggle Over Geographic Indications," and "The U.S. and International Law," University of Aix-Marseille, France, April 27 & 29, 2008

"The Next American Century" Zocalo/KPCC Interview of Nina Hachigian and Mona Sutphen, authors of *The Next American Century*, at NPR West Studios, January 24, 2008 (video rebroadcast on CSPAN & LA36).

"The Design Piracy Prohibition Act," American Apparel and Footwear Association, Long Beach, CA, Nov. 7, 2007

"Unbundling Territoriality in American Law," Princeton University, Princeton, NJ, Jan 16 2007

"Extraterritoriality and Executive Power," RAND Corporation, Santa Monica, Oct 20, 2006

"The Evolution of Extraterritoriality," University of British Columbia, Vancouver, BC, Sept 20, 2006

Roundtable on the Allocation of Normative Power to International Judicial Institutions, American Political Science Association Annual Meeting, Philadelphia, PA, Sept 1-4 2006

Discussant, Conference on the Regime Complex for International Intellectual Property, Michigan State Law School, East Lansing, MI, April 8-9, 2006

"International Law: The State of the Art," UC Institute on Global Conflict and Cooperation Conference on the Future of International Conflict and Cooperation, La Jolla, CA, March 20-21, 2006

Discussant, Conference on Intellectual Property and Social Justice, UC Davis Law School, March 10, 2006

Discussant, Conference on Overlapping and Nested Regimes, Princeton University, Feb 24-25, 2006

"Globalization and Territoriality," University Seminar on Globalization, Equity, and Democratic Governance, Duke University, Nov 8, 2005.

"Does the Bill of Rights Stop at the Border?" Duke Law School, Nov 9, 2005.

"Refining the Limits of International Law," University of Georgia, Athens, GA, Oct 2005

"The Song Remains the Same," (with Andrew Guzman), Conference on the Future of the State, UVA Law School, Charlottesville, VA, Oct 2005.

Discussant, Seminar on the WTO and Developing Countries, Columbia Law School, NY NY Oct 2005

"New Intellectual Property Rights," Loyola Law School, LA, CA, Sept 2005

"The Evolution of Territoriality," SMU Law School, Dallas TX, Sept 2005

"New Intellectual Property Rights" UCLA Law School, Aug 2005

13

"Information and International Agreements," IGCC International Relations Workshop, La Jolla, CA, May 2005.

"The Evolution of Territoriality" International Legal Theory Colloquium, Georgetown Law Center, April 2005

"The Geography of Justice", International Law Workshop, Boalt Hall School of Law, Berkeley, CA, April 2005.

Discussant, Governance by Design Conference, Harvard Law School, Cambridge, MA, March 2005

"The Evolution of Territoriality," Boalt Hall School of Law, Berkeley, CA, March 2005.

"Information and International Agreements," Tulane Law School, New Orleans, LA, Feb 2005

Panelist, Conference on Comparative Visions of Global Public Order, Harvard Law School, Cambridge, MA, Feb 2005

"Genetically-Modified Foods before the WTO," City Bar Association of New York International Environmental Law Committee, NY, NY, December 2004

"The Evolution of Territoriality," New York Law School, NY, NY, November 2004

"Information and International Agreements," Vanderbilt Law School, Nashville, TN, Nov 2004

"The Evolution of Territoriality" Columbia Law School, NY, NY, October 2004

"The Evolution of Territoriality," Harvard Law School, Cambridge, MA, October 2004

Panelist, 7th Annual Georgetown Litigating Regulatory Takings Conference, "Takings Claims Under International Trade Agreements," UCLA Law School, LA, CA, October 2004

"Information and International Agreements," Fordham Law School, NY, NY, Sept 2004

"Extraterritoriality and American Law," Syracuse University, Syracuse, NY, Sept 2004

"Knock-offs and Fashion Victims" Columbia Law School, NY, NY, Sept 2004

"Information and International Agreements," Pan-European Conference on International Relations, The Hague, The Netherlands, Sept 2004

"Kyoto and After," AALS Annual Meeting on Environmental and Property Law, Portland, OR, June 2004

"Extraterritoriality and American Law," Law & Society Annual Meeting, Chicago, IL, May 2004

14

Panelist, Workshop on Environmental Compliance and Enforcement, Bren School, UC Santa Barbara, May 2004

"Extraterritoriality and American Law," Panel on Globalization, Territoriality, and Conflict, University of California Washington Program, Washington DC, May 2004

"The Global Conflict Over Genetic Resources," Distinguished Speaker Series, Claremont Colleges, Harvey Mudd College, Claremont, CA, April 2004

"Information and International Agreements," Colloquium on Globalization and the Law, Yale Law School, New Haven, CT, April 2004

Chair, Panel on "New Directions in International Environmental Law," American Society of International Law Annual Meeting, Washington, DC, April 2004

"New Intellectual Property Rights in the Global Economy" Conference on International Intellectual Property Law, Case Western Reserve Law School, Cleveland, OH, March 2004

"Information and International Agreements," Department of Politics and Woodrow Wilson School, Princeton University, March 2004

"The evolution of territoriality in American law" Carnegie Conference on Globalization, Territoriality, and Conflict, La Jolla, CA, Jan 2004

Conference Organizer and Discussant, Conference on "Unilateralism and US Power," Woodrow Wilson School of Public and International Affairs, Princeton, NJ, Dec 5, 2003.

"Globalization, Territoriality, and the Constitution," Southwestern Law School, LA, CA, Nov 19, 2003

"The Regime Complex for Plant Genetic Resources," USC Law School Seminar on International Environmental Law, Nov 13, 2003.

"Sovereignty and Global Governance," Seminar on Global Governance, Columbia Law School, NY, NY, Nov 11, 2003.

"The Regime Complex for Plant Genetic Resources," Harvard Law School, Cambridge, MA, Nov 6, 2003

Parsons Fellow Lecture, "The Global Conflict over Genetic Resources," University of Sydney Law School, Sydney, Australia, Oct 26, 2003

"The Global Conflict over Genetic Resources," University of Victoria Law School, Melbourne, Australia, Oct 21, 2003.

Visiting Scholar in Environmental Law, University of Victoria, Melbourne, Australia, Oct 14-22, 2003

"Police Patrols, Fire Alarms, and the Structure of Information in International Agreements" International Law Workshop, University of Chicago Law School, Chicago, IL Oct 6, 2003

15

"Police Patrols, Fire Alarms, and the Structure of Information in International Agreements" Program on International Politics, Economics, and Security (PIPES) Workshop, University of Chicago Dept of Political Science, Chicago, IL, Oct 2, 2003

"The Evolution of Territoriality in US Law"  University of Chicago Law School Faculty Colloquium,  Chicago, IL, Oct 2, 2003

"The Evolution of Territoriality and in US Law"  Northwestern University Dept of Political Science, Chicago, IL, Sept 30, 2003

"Transgovernmental Networks and International Law," Chicago-Kent Law School, Chicago, IL, Sept 9, 2003

Presenter and Organizer, Conference on Globalization, Democracy and Regulation, Princeton University, May 29, 2003

"The Global Conflict Over Genetic Resources," American Society of International Law Annual Meeting, Washington, DC, April 3, 2003.

Riesenfeld Symposium on International Money Laundering, Boalt Hall School of Law, Berkeley, CA, March 1, 2003

"Globalization, Territoriality and the Constitution," Princeton University, Seminar on Law and Public Affairs, Princeton, NJ, Feb 10, 2003.

"The Regime Complex for Plant Genetic Resources," NYU Law School Colloquium on Globalization and Its Discontents, NY, NY, Feb 3, 2003

16